■ DOROTHY CARLSON, as Administratrix of the Estate of AUGUST W. CARLSON, Deceased, Respondent, v. LONG ISLAND RAILROAD COMPANY, Defend-

ant and Third-Party Plaintiff-Appellant. HENDRICKSON BROS., INC., Third-Party Defendant-Respondent.— Motion by third-party defendant-respondent to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.